Avi Wagner (SBN #226688)
THE WAGNER FIRM
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 491-7949
Facsimile: (310) 694-3967
Email: avi@thewagnerfirm.com

*Attorneys for Defendants Alex Reyter and Tudor Capital, LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PACIFIC GREEN, LLC, a Delaware limited liability company; and BIG TREE HOLDINGS, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL FIORE, an individual; JAY RIFKIN, an individual; ALEX REYTER, an individual; ONE ELEVEN ADVISORS, LLC, a California limited liability company; REBEL HOLDINGS, LLC, a California limited liability company; TUDOR CAPITAL, LLC, a Delaware limited liability company; HILLS GROUP, LLC, a California limited liability company; and DOES 1 through 100, inclusive, Defendants, <br><br> and, HILLS ONE, LLC, a Delaware limited liability company; <br><br> Nominal Defendant. | Case No. 2:22-cv-08949-SB-MAR <br> Removed to federal court on 12-09-22 <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS ALEX REYTER AND TUDOR CAPITAL, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT** |

0
DECLARATION OF AVI WAGNER

Defendants Alex Reyter and Tudor Capital, LLC's ("Reyter Defendants'"), Motion to Dismiss Plaintiffs' Fourth Amended Complaint ("4AC") came on for a scheduled hearing on September 7, 2023, at or about 10:00 a.m. in Courtroom 6D of the above-entitled court before the Honorable Fernando M. Olguin, Judge Presiding. After full consideration of the evidence and points and authorities submitted by both parties, and the oral arguments of counsel, the Court finds, that Reyter Defendants have shown that Plaintiffs have failed to sufficiently allege any cause of action against either Reyter Defendant, and thus the 4AC should be dismissed with prejudice against Reyter Defendants.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Reyter Defendants' Motion is GRANTED and that all causes of action in the 4AC are dismissed with prejudice against Reyter Defendants.

IT IS SO ORDERED.

DATED: _____                           _____
                                            HON. FERNANDO M. OLGUIN
                                            U.S. District Court Judge