# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC GREEN, LLC, et al.,  Plaintiffs,  v.  PAUL FIORE, et al.,  Defendants. | Case No. CV 22-8949 FMO (MARx)  **JUDGMENT and REMAND ORDER** |

Pursuant to the Order Re: Pending Motions, IT IS ADJUDGED that plaintiffs' RICO claim is dismissed with prejudice. As there are no other federal claims pending in the above-captioned action, the remaining state claims are hereby remanded to the Los Angeles County Superior Court.

Dated this 12th day of February, 2024.

/s/
Fernando M. Olguin
United States District Judge